# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

VAFA SHAMSAI,

    Plaintiff,

vs.

J. MATTHEW HARTER, *et al.*,

    Defendants.

Case No.:   2:12-cv-01202-GMN-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE C.W. HOFFMAN, JR.**

   Before the Court is Magistrate Judge Hoffman's Order denying Plaintiff's Application to Proceed *In Forma Pauperis* (#1) without prejudice, entered on December 17, 2012 (ECF No 2), for failure to adequately provide sufficient information regarding income sources.  Plaintiff was given until Tuesday, January 15, 2013, in which to file a completed application to proceed *in forma pauperis*.  Plaintiff was warned that failure to submit a complete application, or, alternatively, to pay the filing fee would result in a recommendation that Plaintiff's application to proceed *in forma pauperis* be denied and this case dismissed.  Plaintiff did not file a completed application to proceed *in forma pauperis* and has not paid the filing fee.

   Also before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered on February 8, 2013.

   Pursuant to Local Rule IB 3-2(a), objections were due by February 25, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED**.

   **IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed *in Forma*

1  *Pauperis* (ECF No. 1) is **DENIED** and this case is **DISMISSED**.

2      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment

3  accordingly.

4      **DATED** this 25th day of June, 2013.

_____
Gloria M. Navarro
United States District Judge